```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0076--CR (RRB)
              "USA V BYRON WILLIAMS ET AL"
                  DEF 1.1 WILLIAMS, BYRON

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  08/16/05
            Closed:  NO
No. of Defendants:  3
   MJ Case Number:  A05-0146--MJ
               AKA:  FELIPE, FELIPAE
   Location status:  U.S. Custody
        Trial date:  01/03/06
        Terminated:  NO
Needs interpreter:  NO
Counsel of record:  John W. Abbott
                    POB 112306
                    Anchorage, AK 99511-2306
                    907-346-1039
                    FAX     -    -
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 WILLIAMS, BYRON
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846,841(a)(1),(b)(1)(B) DRUG CONSPIRACY (F) | Terminated |
| 41 - 1 | 1-S | 21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F) | Pending |
| 41 - 1 | 2-S | 21:856(a)(1) and (b) MAINTING A DRUG INVOLVED PREMISES (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0076--CR (RRB)
                              "USA V BYRON WILLIAMS ET AL"
                                DEF 2.1 STUCKEY, LATONYA

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  08/16/05
            Closed:  NO
No. of Defendants:  3
   MJ Case Number:  A05-0146--MJ
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Herbert A. Viergutz
                    Barokas & Martin
                    1029 W. 3rd Avenue, Suite 280
                    Anchorage, AK 99501
                    907-276-8010
                    FAX 907-276-5334
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 2.1 STUCKEY, LATONYA

Document        Count    Citation and Description                        Disposition
---------       -----    ------------------------                        -----------
    1 -    1 IND    1    21:846,841(a)(1),(b)(1)(B)  DRUG CONSPIRACY (F)  Terminated
   41 -    1       1-S   21:846,841(a)(1),(b)(1)(A)  DRUG CONSPIRACY (F)  Pending
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0076--CR (RRB)
                                      "USA V BYRON WILLIAMS ET AL"
                                      DEF 3.1 WASHINGTON, KELVIN

                       Including terminated defendants, excluding terminated counsel
```

```
        Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
       Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                 Filed:  08/16/05
                Closed:  NO
    No. of Defendants:  3
        MJ Case Number:
                   AKA:  KEVIN WASHINGTON, SPECIAL K
       Location status:  U.S. Custody
            Trial date:  01/03/06
            Terminated:  NO
    Needs interpreter:  NO
     Counsel of record:  Sue Ellen Tatter
                         Federal Public Defender
                         550 W. 7th Avenue, Suite 1600
                         Anchorage, AK 99501
                         907-646-3400
                         FAX 907-646-3480
                         Serve: YES
                          Type: FPD
                          Role: Pretrial/Trial


    PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record:  James A. Goeke
                         U.S. Attorney's Office
                         222 W. 7th Avenue, #9
                         Anchorage, AK 99513-7567
                         907-271-5071
                         Serve: YES
                          Type: Not specified
                          Role: Pretrial/Trial


    Counts re: DEF 3.1 WASHINGTON, KELVIN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 41 - 1 | 1-S | 21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                                  "USA V BYRON WILLIAMS ET AL"

                                     For all filing dates


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 08/16/05
             Closed: NO
 No. of Defendants: 3


 Document #    Filed       Docket text

      1 -  1   08/16/05    [Re: DEF 1-2] PLF 1 Indictment.

      2 -  1   08/16/05    [Re: DEF 1-2] JDR Grand Jury Minutes; No bail set. IDetention per
                           18:3142).  Set for arraignmetn and notify USM.  In Federal Custody.

   NOTE -  1   08/17/05    Notation: Proposed trial date setting for arraignment and notice of
                           speedy trial act deadlines forwarded to chambers.

      3 -  1   08/17/05    [Re: DEF 1] JDR Minute Order Arraignment set for 8/18/05 at 2:30 p.m.in
                           Courtroom #6.  cc: AUSA, FPD, USM, UPSO

      4 -  1   08/17/05    [Re: DEF 2] JDR Minute Order arraignment set for 8/18/05 at 3:00 p.m. in
                           courtroom #6.  cc: AUSA, FPD, USM, USPO

      5 -  1   08/17/05    [Re: DEF 1-2] Documents transferred from: A05-0146 MJ (JDR) TO A05-0076
                           CR RRB).

      6 -  1   08/18/05    DEF 2 Attorney Appearance of Herbert Viergutz.

      7 -  1   08/18/05    DEF 2 motion for cnsl to appear telephonically ar 3:00 p.m. hrg on
                           8/18/05.

      8 -  1   08/18/05    DEF 1 Attorney Appearance of John Abbott.

      7 -  2   08/19/05    [Re: DEF 2] JDR Order granting motion for cnsl to appear telephonically
                           arr 3:00 p.m. hrg on 8/18/05 (7-1). cc: USA, H. Viergutz

      9 -  1   08/19/05    [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                           on Indictment/Detention Hearing (held 08/18/05); def plead not guilty to
                           ct 1 of the indictment; Herb Viergutz appointed cja, defendant's det
                           continued; ptm's due 09/08/05; meet and confer 08/26/05; tbj 10/24/05.
                           CC: USA, H. VIERGUTZ, FPD CJA Clerk, USM, USPO, Judge Beistline.

     10 -  1   08/19/05    [Re: DEF 2] JDR Order of Detention Pending Trial. cc: usa, usm, uspo, h.
                           viergutz.

     11 -  1   08/19/05    [Re: DEF 2] JDR Order regarding preparation for trial (held 08/18/05);
                           cnsl to meet and confer by 08/26/05; ptms due 09/08/05. CC: USA, H.
                           VIERGUTZ.

     12 -  1   08/19/05    [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                           on Indictment/Detention Hearing (held 08/19/05); Defendant plead not
                           guilty to count 1 of the indictment; John W. Abbott retained; Defendant
                           detained; ptms due 09/08/05; meet and confer by 08/26/05; TBJ 10/24/05.
                           CC: USA, J. ABBOTT, USM, USPO, Judge Beistline.

     13 -  1   08/19/05    [Re: DEF 1] JDR Order of Detention Pending Trial. USA, J. ABBOTT, USM,
                           USPO.


 ACRS: R_RDSDX                   As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                             "USA V BYRON WILLIAMS ET AL"

                                   For all filing dates


 Document #   Filed      Docket text
    14 -  1  08/19/05   [Re: DEF 1] JDR Order regarding preparation for trial (held 08/18/05);
                         ptms due 09/08/05; meet and confer due 08/26/05. CC: USA, J. ABBOTT.

    15 -  1  08/22/05   [Re: DEF 1-2] RRB Minute Order setting trial by jury for 10/24/05 at
                         8:30 a.m. and FPTC for 10/18/05 at 8:45 a.m. in Courtroom #2.  cc: AUSA,
                         J. ABBOTT, H. VIERGUTZ, MJ ROBERTS, JC

    16 -  1  08/25/05   [Re: DEF 1-2] PLF 1 Discovery Conference Certificate.

    17 -  1  08/29/05   [Re: DEF 2] AMENDED JDR Court Minutes [ECR: Caroline Edmiston]
                         Arraignment on Indictment/Detention Hearing (held 08/18/05); def plead
                         not guilty to ct 1 of the indictmnet; *Herb Viergutz retained;
                         defendant's det continued; ptms due 09/08/05; meet and confer 08/26/05;
                         tbj 10/24/05.  CC: USA, H.Viergutz, USM, USPO, Judge Beistline.

    18 -  1  09/08/05   DEF 1 motion to compel discovery w/att exhs.

    19 -  1  09/08/05   DEF 1 motion to suppress evidence.

    19 -  2  09/08/05   DEF 1 motion for evidentiary hearing re motion to suppress (18A-1).

    20 -  1  09/08/05   DEF 2 joinder to DEF 1 motion to compel discovery (18-1)w/att exh.

    21 -  1  09/12/05   [Re: DEF 1] JDR Order granting motion for evidentiary hearing re motion
                         to suppress (19-1) (19-2); Evident hrg on mot to suppress set for
                         9/16/05 at 9:30 a.m. cc: USA, J. Abbott, USM, USPO

    22 -  1  09/13/05   [Re: DEF 1] PLF 1 motion on shortened time to strike evidentiary hrg
                         w/att decl & exhs.

    23 -  1  09/14/05   [Re: DEF 1] JDR Minute Order re def's response to govt's mot to strike
                         evident hrg (22-1) due 9/15/05 at 2:00 pm. cc: USA, J. Abbott

    24 -  1  09/15/05   DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion on shortened time to
                         strike evidentiary hrg (22-1).

    25 -  1  09/15/05   [Re: DEF 1] JDR Minute Order granting motion on shortened time to strike
                         evidentiary hrg (22-1); evident hrg prev set for 9/16 is VACATED. cc:
                         USA, J.Abbott, USM, USPO

    26 -  1  09/16/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to compel discovery (18-1).

    27 -  1  09/21/05   [Re: DEF 1] JDR Minute Order re motion to suppress evidence (19-1)
                         deemed withdrawn; any refiling of a mot to suppress due 10/5/05. cc:
                         USA, J. Abbott

    28 -  1  09/21/05   [Re: DEF 1] JDR Order granting/denying motion to compel discovery
                         (18-1). cc: USA, J. Abbott

    29 -  1  10/05/05   DEF 1 motion to suppress w/att exhs.

    29 -  2  10/05/05   DEF 1 motion (Request) for evidentiary hearing w/att exhs.

    30 -  1  10/06/05   [Re: DEF 1] JDR Minute Order granting motion (Request) for evidentiary
                         hearing (29-2).  Evidentiary hearing on def's motion to suppress is set
                         for 10/13/05 at 8:30 a.m. in Courtroom #6 before Magistrate Judge
                         Pallenberg.  The governments response to defendant's mot shall be due by

 ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                             "USA V BYRON WILLIAMS ET AL"

                                  For all filing dates

 Document #    Filed      Docket text
 ----------    -----      -----------
                          the COB 10/11/05.  Clerk shall give telephonic notice.  cc: AUSA, J.
                          Abbott, USM, USPO, MJ Pallenberg

    31 -   1  10/11/05    DEF 1 motion to vacate trial date on shortened time.

    31 -   2  10/11/05    DEF 1 motion to vacate suppression hearing on shortened time.

    32 -   1  10/11/05    {SEALED}

    33 -   1  10/11/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (29-1).

    33 -   2  10/11/05    [Re: DEF 1] PLF 1 motion on shortened time to strike evidentiary
                          hearing.

    34 -   1  10/12/05    [Re: DEF 1-2] RRB Minute Order hearing on the motion to vacate continue
                          trial date is set for 10/18/05 at 8:45 a.m. in Courtroom #2.  Judge
                          Beistline will attend telephonically.  cc: AUSA, J. ABBOTT, H. VIERGUTZ,
                          USM, USPO, MJ ROBERTS

    35 -   1  10/12/05    [Re: DEF 1] PMP Minute Order holding in abeyance motion to suppress
                          w/att exhs (29-1) pending crt's ruling on def's mot to cont trial;
                          granting motion to vacate suppression hearing on shortened time (31-2),
                          motion on shortened time to strike evidentiary hearing (33-2); evident
                          hrg set for 10/13/05 is VACATED. cc: USA, J. Abbott, USM, USPO

    36 -   1  10/13/05    DEF 2 Notice of Intent to change plea.

    37 -   1  10/17/05    [Re: DEF 2] RRB Minute Order setting hrg to set PCOP hrg on 10/21/05 @
                          10:00 a.m.; Judge Beistline attending telephonically from Fairbanks;
                          FPTC for DEF 2 on 10/18/05 vacated. cc: USA, J. Abbott, H. Viergutz,
                          USM, USPO, JC, MJ Roberts

    38 -   1  10/18/05    {SEALED}

    39 -   1  10/18/05    [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Hrg on Deft
                          Williams' Mot to Vacate Trial Date/FPTC; granting motion to vacate trial
                          date on shortened time (31-1)l TBJ reset to 1/3/06; FPTC reset to
                          12/28/05 at 9:00 am; excludable delay found.  cc: USA, J. Abbott, USM,
                          USPO, Jury Clerk, MJ Roberts.

    40 -   1  10/18/05    [Re: DEF 2] RRB Minute Order a COP hrg is set for 10/24/05 at 9:00 a.m.
                          in courtroom #2.  The hrg set for 10/21/05 is vacated.  cc: cnsl

    41 -   1  10/19/05    [Re: DEF 1-3] PLF 1 First Superseding Indictment.

  NOTE -   2  10/20/05    [Re: DEF 3] Issued WOA.

    42 -   1  10/20/05    [Re: DEF 1] JDR Grand Jury Minutes re no bail set; set for arr & notify
                          USM;  In Federal Custody.

    43 -   1  10/20/05    [Re: DEF 2] JDR Grand Jury Minutes re no bail set; set for arr & notify
                          USM;  in Fed Custody.

    44 -   1  10/20/05    [Re: DEF 3] JDR Grand Jury Minutes re WOA to be issued; no bail set.

    45 -   1  10/20/05    [Re: DEF 1] JDR Minute Order arraignment is set for 10/21/05 at 10/21/05
                          at 10:30 a.m. in Courtroom #6.  cc: AUSA, J. ABBOTT, USM, USPO, JUDGE
                          BEISTLINE
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                              "USA V BYRON WILLIAMS ET AL"
```

For all filing dates

```
Document #   Filed      Docket text

  46 -  1   10/20/05   [Re: DEF 1] RRB Minute Order arraignment on the SI will be held at the
                       COP hearing set for 10/24/05 at 9:00 a.m. in Courtroom #2.  cc: AUSA, H.
                       VIERGUTZ, USM, USPO, MJ ROBERTS

NOTE -  3   10/21/05   [Re: DEF 3] USM Notice of Arrest; defendant arrested 10/21/05.

  47 -  1   10/21/05   {SEALED}

  48 -  1   10/21/05   {SEALED}

  49 -  1   10/21/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on SIndt (held
                       10/21/05); def plead not guilty to cts 1 and 2 of the First SIndt; def's
                       det cont; meet and confer by 10/25/05, ptm's due 11/7/05; TBJ set for
                       1/3/06 before USDJ Beistline; def's mot for evid hrg (dkt 29-2) granted,
                       evid hrg on mot to suppress set for 10/28/05 at 9:30 a.m., def's suppl
                       mot to suppress due by the COB on 10/25/05, govt's suppl response due by
                       10/27/05 at 4:00 p.m.; cc: USA, J. Abbott, USM, USPO, Judge Beistline.

  50 -  1   10/21/05   [Re: DEF 3] RRB Court Minutes [ECR: Elisa Singleton] re Argn on
                       Superseding Indt (held 10/21/05); S. Tatter accepted appointment; plea
                       not guilty ct 1 of SIndt; Pretrial Motions due 10/28/05; Trial date
                       1/3/06 at 8:30.  cc: USA, FPD, USM, USPO, Judge Beistline

  51 -  1   10/21/05   [Re: DEF 3] Financial Affidavit.

  52 -  1   10/21/05   [Re: DEF 3] JDR Order regarding preparation for trial; Meet and confer
                       by 10/28/05 at 12:00 pm; pretrial motions due 11/7/05. cc: USA, FPD

  53 -  1   10/21/05   [Re: DEF 3] JDR Order of Detention Pending Trial.  cc: USA, FPD, USM,
                       USPO

  54 -  1   10/21/05   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                       confer by 10/25/05; PTM's due 11/7/05. cc: USA, J. Abbott

  55 -  1   10/24/05   DEF 3 Attorney Appearance of Sue Ellen Tatter (FPD).

  56 -  1   10/25/05   [Re: DEF 1; 3] RRB Minute Order setting trial by jury for 1/3/06 at 8:30
                       a.m. and FPTC for 12/28/05 at 9:00 a.m.  cc: AUSA, FPD, J. ABBOTT, USM,
                       USPO, MJ ROBERTS, jury clerk

  57 -  1   10/25/05   DEF 1 Supplement re: DEF 1 motion to suppress (29-1).

  58 -  1   10/27/05   [Re: DEF 1] PLF 1 supplemental opposition to DEF 1 motion to suppress
                       (29-1).

  58 -  2   10/27/05   [Re: DEF 1] PLF 1 motion (renewed) to strike evidentiary hearing.

  59 -  1   10/27/05   [Re: DEF 3] PLF 1 Discovery Conference Certificate.

  60 -  1   10/28/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: evid hrg on mot to
                       suppress (doc#29) held 10/28/05; matter taken under advisement; written
                       R&R to issue; exp transcript ordered; wit/exh list att.  cc: USA, J.
                       ABBOTT; USM, USPO, JUDGE BEISTLINE

  61 -  1   10/31/05   [Re: DEF 3] Return of WOA executed on 10/21/05.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                                  "USA V BYRON WILLIAMS ET AL"

                                       For all filing dates


Document #    Filed      Docket text

    62 -  1   11/08/05   [Re: DEF 1] Transcript Re: Evid hrg on mot to suppress held 10/28/05.

    63 -  1   11/10/05   Initial R&R re: DEF 1 motion to suppress (29-1); Recommended be denied;
                         Objections due NOON 11/16/05. Reply due NOON 11/21/05. cc: USA, J.
                         Abbott, Judge Beistline

    64 -  1   11/16/05   DEF 1 objection to R&R re: DEF 1 motion to suppress (29-1) w/att exhs
                         and UNDER SEAL DOCS FOR IN CAMERA REVIEW.

    65 -  1   11/29/05   Final R&R re: DEF 1 motion to suppress (29-1); MJ declines to modify
                         recommendation. cc: USA, J. Williams, Judge Beistline
```