**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>USA</u>   v.   <u>WILLIAMS, et al.</u>

DATE:  <u>January 25, 2006</u>    CASE NO.   <u>3:05-cr-0076 RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
VACATING HEARING**

===============================================================

        Due to judicial scheduling conflicts, the status hearing
scheduled for **February 8, 2006,** is **vacated.**   Trial in this matter
is presently scheduled for April 10, 2006.   If any party requires
a status hearing, a request should be filed and a hearing will be
set accordingly.