**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

 UNITED STATES OF AMERICA   v.   BRYON WILLIAMS, et al 

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                           CASE NO. 3:05-cr-00076-RRB  

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 14, 2006

        Defendant Bryon Williams, has filed a Motion to
Continue Trial by Jury at Docket 138.  A Trial Scheduling
Conference in the above matter will be held on Friday, February
24, 2006 at 9:00 a.m. in Courtroom 2, U.S. Courthouse and Federal
Building, Anchorage, Alaska.