DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:05-0076-06-RRB-JDR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S MOTION |
| | ) | TO FILE RESPONSE TO |
| TANYA E. CHAISON, | ) | DEFENDANT'S MOTIONS |
| | ) | ONE DAY LATE |
| | ) | |
| | ) | |
| Defendant. | ) | Filed on Shortened Time |
| | ) | |

COMES NOW the United States of America, by and through its counsel, and moves this Court to allow the United States to file its responses to defendant's motions in the above-captioned case one day late.  This motion is supported by the declaration of counsel filed herewith.

      RESPECTFULLY SUBMITTED this <u>17th</u> day of February, 2006 in

Anchorage, Alaska.

                                 DEBORAH M. SMITH
                                 Acting United States Attorney


                                 <u>s/ Frank V. Russo</u>
                                 Assistant U.S. Attorney
                                 Federal Building & U.S. Courthouse
                                 222 West Seventh Avenue, #9, Room 253
                                 Anchorage, Alaska  99513-7567
                                 (907) 271-5071
                                 (907) 271-1500 (fax)
                                 Frank.Russo@usdoj.gov


I declare under penalty of perjury that a true and correct copy of the foregoing
was sent to the following counsel of record on Feb. 14, 2006, via:

      (X) Electronic case filing notice

David Weber, Esq.

<u>s/ Frank V. Russo</u>_____