DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00076-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| | ) | |
| BYRON WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

Lawrence D. Card, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

Lawrence D. Card
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

RESPECTFULLY SUBMITTED on this 9th of May, 2006, in Anchorage, Alaska.

                        DEBORAH M. SMITH
                        Acting United States Attorney

                        s/ Lawrence D. Card
                        Assistant U.S. Attorney
                        222 West 7th Ave., #9, Rm. 253
                        Anchorage, AK 99513-7567
                        Phone: (907) 271-5071
                        Fax: (907) 271-1500
                        E-mail: larry.card@usdoj.gov
                        Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on May 9, 2006
a copy of the foregoing NOTICE OF
APPEARANCE was served
via electronically to:

Scott Dattan

Lance Wells

David Weber

T. Burke Wonnell

Herbert A. Viergutz

Rich Curtner


s/ Lawrence D. Card