```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>LATONYA STUCKEY</u>          CASE NO. <u>3:05-cr-00103-RRB</u>
Defendant:  <u>X</u> Present  <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>CRANDON RANDELL</u>

DEFENDANT'S ATTORNEY:          <u>HERBERT VIERGUTZ</u>

U.S.P.O.:                      <u>BARBARA BURTON</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD AUGUST 18, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:02 p.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
    guidelines.

<u>X</u> Imprisonment for a period of <u>40 months.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>4</u>
    years under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; court accepted presentence report. Court and counsel heard re plaintiff's oral motion for a downward departure; **GRANTED.** Court recommended that the defendant participate in the 500 hour drug and alcohol program. Appeal rights given. Court and counsel heard re plaintiff's oral motion to dismiss count 1 of the First Superseding Indictment in case number 3:05-cr-00076-02-RRB as to this defendant only; **GRANTED.** Payment Coupon given to defendant.</u>

At 2:29 p.m. court adjourned.

DATE:    <u>August 18, 2006</u>        DEPUTY CLERK'S INITIALS:  <u>ak</u>