UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )   Case No. 3:05-cr-00076-02-RRB
v.                                  )
                                    )
LATONYA STUCKEY,                    )
                                    )
        Defendant.                  )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ The court has granted the motion of the government for dismissal of the offense of Drug Conspiracy, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) as charged in count 1 of the First Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

**DATED** at Anchorage, Alaska, this 18th day of August, 2006.

__REDACTED SIGNATURE__
RALPH R. BEISTLINE,
United States District Judge

[]{DISCHARG.WPD*Rev.2/97}